AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21-CV-1919 |
| JOHN DAVID MCAFEE and JIMMY GALE WATSON ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COMMODITY FUTURES TRADING COMMISSION.

Date: 03/05/2021

s/ Kenneth Brent Tomer
*Attorney's signature*

Kenneth Brent Tomer KT2438
*Printed name and bar number*

DIVISION OF ENFORCEMENT
COMMODITY FUTURES TRADING COMMISSION
140 BROADWAY, 19TH FLOOR
NEW YORK, NY 10005
*Address*

KTOMER@CFTC.GOV
*E-mail address*

(646) 746-9700
*Telephone number*

(646) 746-9940
*FAX number*