AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Commodity Futures Trading Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21-CV-1919 |
| John David McAfee and Jimmy Gale Watson ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Commodity Futures Trading Commission.

Date: 03/10/2021

*Attorney's signature*

Alejandra de Urioste (N.Y. Bar No. 4629499)
*Printed name and bar number*

140 Broadway, 19th Floor
New York, New York 10005
*Address*

adeurioste@cftc.gov
*E-mail address*

(646) 746-9881
*Telephone number*

(646) 746-9940
*FAX number*