

**COMMODITY FUTURES TRADING COMMISSION**
140 Broadway, 19th Floor
New York, New York 10005
Telephone: (646) 746-9700
Facsimile: (646) 746-9940

Division of
Enforcement

July 12, 2021

**BY ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, NY  10007-1312

      Re:    *CFTC v. John David McAfee and Jimmy Gale Watson*,
              1:21-cv-1919 (JGK)

Dear Judge Koeltl:

      Plaintiff Commodity Futures Trading Commission (the "CFTC") respectfully writes the court to provide a status update concerning Defendant John D. McAfee.[1]

      According to news reports, McAfee was found dead in his jail cell in Spain.  The CFTC had sought to serve McAfee pursuant to Rule 4(f)(1) of the Federal Rules of Civil Procedure, and the Court had set a date for a status update on or before July 15, 2021.  *See* Dkt. No. 15.  Given this development, the CFTC respectfully proposes to reschedule the date by which the CFTC will provide the Court with a status update to August 15, 2021.

                                                  Respectfully submitted,

                                                  David W. Oakland

cc:    Arnold Spencer, Esq. (counsel for co-defendant Watson) (via ECF)

---

[1] Defendant Jimmy Gale Watson was served timely, and the Court granted his application for a 90-day extension of the time to respond to the Complaint.  See Dkt. No. 13.