

**COMMODITY FUTURES TRADING COMMISSION**
140 Broadway, 19th Floor
New York, New York 10005
Telephone: (646) 746-9700
Facsimile: (646) 746-9940

Division of
Enforcement

August 13, 2021

**BY ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, NY  10007-1312

      Re:   *CFTC v. John David McAfee and Jimmy Gale Watson*,
              1:21-cv-1919 (JGK)

Dear Judge Koeltl:

      Plaintiff Commodity Futures Trading Commission (the "CFTC") respectfully writes the court to provide a status update concerning Defendant John D. McAfee.[1]

      As the CFTC noted previously, according to news reports, McAfee was found dead in his jail cell in Spain in June.  The Court has set a date for a status report on or before August 15, 2021.  *See* Dkt. No. 17.  The CFTC is seeking more information, but has not received any notice that service was or was not accomplished prior to death.

      The CFTC respectfully requests the Court reschedule the status update for October 15, 2021, the same date that co-Defendant Watson's response to the complaint is due.

                              Respectfully submitted,

                              David W. Oakland

cc:    Arnold Spencer, Esq. (counsel for co-defendant Watson) (via ECF)

---

[1] Defendant Jimmy Gale Watson was served timely; the Court recently granted his application setting the date to respond to the Complaint to October 15, 2021.  *See* Dkt. No. 19.