UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DAVID MCAFEE and<br>JIMMY GALE WATSON, JR.,<br><br>Defendants. | Case No. 21-cv-1919 (JGK)<br><br>ECF Case |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### AS TO DEFENDANT JOHN DAVID MCAFEE

Plaintiff Commodity Futures Trading Commission hereby files this notice of voluntary dismissal of its complaint as to Defendant John David McAfee without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff is voluntarily dismissing its complaint as to Defendant John David McAfee due to his death.

Dated: July 13, 2022                                      Respectfully submitted,


By: _/s/ David Oakland_
David Oakland
Senior Trial Attorneys
doakland@cftc.gov

K. Brent Tomer
Alejandra de Urioste
Chief Trial Attorneys

Commodity Futures Trading Commission
Division of Enforcement
Ted Weiss Federal Building
290 Broadway, Suite 600
New York, NY 10007

Phone: (646) 746-9700
Fax: (646) 746-9888

ATTORNEYS FOR PLAINTIFF
COMMODITY FUTURES TRADING
COMMISSION